AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| Nicholas Yaworsky | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13-CV-100 |
| New Leaf Solutions, LLC; and Does 1-10, inclusive | ) | |
| *Defendants* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   New Leaf Solutions, LLC
1912 Everett Avenue
Everett, Washington 98201-3607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

&/ ( 5.  2) &2 8 5 7

04/16/2013

' DN

*Jennifer L. Dash*
6LJQDWXUH &OHNRI HSXW &OLN

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-100

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  New Leaf Solutions, LLC

was received by me on *(date)*  04/24/2013  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Tiffany Anne Deditlus, LLC Member , who is designated by law to accept service of process on behalf of *(name of organization)*  New Leaf Solutions, LLC at 1912 Everett Avenue, #120, Everett, WA at 2:40 PM  on *(date)*  04/24/2013  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  04/25/2013

*B. Spink*
Server's signature

B. Spink - King County Process Server #1116465
Printed name and title

Lawgistic Partners, LLC
1000 Boone Avenue North, #100
Golden Valley, MN 55427
Server's address

Additional information regarding attempted service, etc:

Also served Complaint